1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2 | MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 | ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys
4
  |   450 Golden Gate Avenue, Box 36055
5 |   San Francisco, California 94102-3495
      Telephone: (415) 436-7298
6 |   Facsimile: (415) 436-6748
      Elizabeth.Kurlan@usdoj.gov
7
  | Attorneys for Defendant
8
  |               UNITED STATES DISTRICT COURT
9
  |             NORTHERN DISTRICT OF CALIFORNIA
10
  |                   SAN JOSE DIVISION
11

12 | BINGXIN YU,
13 |                   Plaintiff,                 C 5:23-cv-01894 NC
14 |          v.                                  **PARTIES' STIPULATION TO DISMISS;
                                                  ORDER**
15 | UNITED STATES CITIZENSHIP AND
    | IMMIGRATION SERVICES (USCIS),
16
17 |                   Defendant.

18

19      The parties, through their attorneys, hereby stipulate to dismissal of the above-entitled action

20  without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  U.S. Citizenship and

21  Immigration Services issued a decision on Plaintiff's Form I-589, Application for Asylum and for

22  Withholding of Removal.

23      Each of the parties shall bear their own costs and fees.  In accordance with Civil Local Rule

24  5-1(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this

25  document.

26

27

28

Parties' Stip to Dismiss
C 5:23-cv-01894 NC                              1

Dated: July 20, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: July 19, 2023

*/s/ Zheng Liu*
ZHENG LIU
Aptum Law

YUXIN FANG
The Fang Law Firm

Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 20, 2023

NAT
Unite

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Parties' Stip to Dismiss
C 5:23-cv-01894 NC                    2